UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE JAMES BROOKS, ) | |
| ) | |
| Plaintiff, ) | Case No. C09-758-RSL |
| ) | |
| v. ) | |
| ) | ORDER |
| DETECTIVE SCOTT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Having reviewed the papers filed in support of and in opposition to defendant Maynard Jackson Airport and Its Security's ("Maynard Jackson Airport's") motion to dismiss (Dkt. 56) and plaintiff's motion for summary judgment against the King County defendants (Dkt. 60), the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, the Court does hereby find and ORDER:

(1) The Report and Recommendation is adopted;

(2) Defendant Maynard Jackson Airport's motion to dismiss for lack of personal jurisdiction (Dkt. 56) is GRANTED, the claims against it are DISMISSED without prejudice, and the Clerk is directed to administratively terminate Maynard Jackson Airport as a defendant in this action;

(3) Plaintiff's motion for summary judgment against the King County defendants (Dkt. 60) is DENIED;

ORDER -1

1   DATED this 25th day of May, 2010.

2

3

4                                              *signature*
                                               Robert S. Lasnik
5                                              United States District Judge

ORDER -2