UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE JAMES BROOKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PTS OF AMERICA, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C09-758-RSL <br><br> ORDER |

Having reviewed the papers filed in support of and in opposition to the parties' cross-motions for summary judgment (Dkts. 107, 127), the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, the Court does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Defendants PTS of America, LLC and William Stephenson's motion for summary judgment (Dkt. 107) is GRANTED;

(3) Plaintiff's motion for summary judgment (Dkt. 127) is DENIED;

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 6th day of January, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER -1